United States District Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ADEMAR GALVAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:22-CV-00214 |
| § | |
| CONOCOPHILLIPS COMPANY, § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal Without Prejudice (D.E. 23), the Court enters final judgment dismissing this action without prejudice.

**ORDERED** on December 19, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE